IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00426-WDM-MJW

DAVID K. FAGIN, ROGER NEWELL and RICHARD A. STARK,
each an individual, on behalf of themselves and derivatively on behalf
of Nominal Defendant WESTERN EXPLORATION AND
DEVELOPMENT LIMITED,

    Plaintiffs,

v.

THEODORE J. DAY, HOWARD M. DAY, CARMEN F. FIMIANI
and BERNARD F. CARTER, each an individual,

    Defendants,

and

WESTERN EXPLORATION AND DEVELOPMENT LIMITED,
a Canadian corporation,

    Nominal Defendant.

---

**ORDER GRANTING JOINT MOTION TO: 1) STAY BRIEFING ON DEFENDANTS'
MOTION TO DISMISS PENDING RESOLUTION OF MOTION FOR REMAND; AND
2) RESCHEDULE SCHEDULING CONFERENCE**
( Docket No. 9 )

---

This matter having come before the Court on the Parties' Joint Motion to: 1) Stay

Briefing on Defendants' Motion to Dismiss Pending Resolution of Motions for Remand; and 2)

Reschedule Scheduling Conference ("Motion"), and the Court being advised in the premises of

the Motion and finding good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED as follows: 1) briefing on Defendants' Motion to Dismiss is stayed pending resolution of Plaintiffs' Motion for Remand; and, 2) the Scheduling Conference ~~will be rescheduled.~~ Set on May 8, 2007 At 9:00 A.m. is VACATED And Reset to May 23, 2007 at 10:00 AM. The proposed scheduling order BY THE COURT shall be submitted by may 18, 2007.

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO