# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 1:07-cv-00426-WDM-MJW

DAVID K. FAGIN, ROGER NEWELL
and RICHARD A. STARK, each an individual,
on behalf of themselves and derivatively on behalf
of Nominal Defendant WESTERN EXPLORATION
AND DEVELOPMENT LIMITED,

      Plaintiffs,

v.

THEODORE J. DAY, HOWARD M. DAY,
CARMEN F. FIMIANI and
BERNARD F. CARTER, each an individual,

      Defendants,

and

WESTERN EXPLORATION AND DEVELOPMENT
LIMITED, a Canadian corporation,

      Nominal Defendant.

---

## [Proposed] ORDER GRANTING JOINT MOTION FOR AMENDMENT OF SCHEDULING ORDER DEADLINES (Docket p. 22)

---

This matter having come before the Court on the Parties' Joint Motion for Amendment of Scheduling Order Deadlines ("Motion"), and the Court being advised in the premises of the Motion and finding good cause appearing,

IT HEREBY IS ORDERED that the Motion is GRANTED, and the Scheduling Order deadlines are amended to the following: 1) expert disclosure: December 15, 2007; 2) rebuttal expert disclosure: January 15, 2008; 3) discovery service deadline: January 24, 2008; 4) discovery cutoff: March 15, 2008; and 5) dispositive motion deadline: April 15, 2008.

BY THE COURT

_____ 10-2-07

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO